IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HARRISON SUAREZ<br><br>*Plaintiff,*<br><br>v.<br><br>COMPASS COFFEE LLC, MICHAEL HAFT, and ROBERT HAFT<br><br>*Defendants.* | Civil Action No. 1:25-cv-89-SLS |

**DEFENDANTS COMPASS COFFEE LLC,
MICHAEL HAFT, AND ROBERT HAFT'S MOTION FOR PARTIAL
SUMMARY JUDGMENT ON COUNT III OF PLAINTIFF'S COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 7(h), Defendants Compass Coffee LLC, Michael Haft, and Robert Haft respectfully move this Court for entry of an order granting them summary judgment on Count III of Plaintiff's Complaint, (ECF No. 1), for breach of contract. In support of this Motion, Defendants submit the accompanying statement of undisputed material facts, memorandum of points of authorities, and proposed order.

WHEREFORE, Defendants Compass Coffee LLC, Michael Haft, and Robert Haft respectfully request that the Court grant this Motion for Partial Summary Judgment and decide Count III of Plaintiff's Complaint in Defendants' Favor.

**REQUEST FOR ORAL HEARING**

Defendants respectfully request an oral hearing on this Motion pursuant to LCvR 7(f).

Dated: March 18, 2025                     Respectfully submitted,

                                              */s/ David L. Feinberg*     
                                          Michael C. Davis (D.C. Bar No. 485311)
                                          David L. Feinberg (D.C. Bar No. 982635)
                                          Theodore B. Randles (D.C. Bar No. 156339)
                                          VENABLE LLP
                                          600 Massachusetts Avenue, N.W.
                                          Washington, DC 20001
                                          Tel: (202) 344-4000
                                          Fax: (202) 344-8300
                                          mcdavis@venable.com
                                          dlfeinberg@venable.com
                                          tbrandles@venable.com

                                          *Counsel for Defendants Compass Coffee LLC,*
                                          *Michael Haft, and Robert Haft*