# Exhibit I

**Value Calculation**

*for*

114,305 Common Units

*in*

Compass Coffee, LLC



*as of December 31, 2021*

---

Calculation Report

*for*

Michael Haft, Owner
Compass Coffee, LLC

*by*

Chuck Faunce, ASA
Gorfine, Schiller & Gardyn, P.A.

*Report Date: April ___, 2022*





# GSG  GorfineSchillerGardyn
### Certified Public Accountants and Consultants

April _____, 2022

Michael Haft, Owner
Compass Coffee, LLC
1401 Okie Street NE
Washington, DC 20002

Re:   analysis of Compass Coffee LLC

Dear Michael:

This letter summarizes GSG's analysis of Compass Coffee, LLC (the "Company"). A summary of certain elements of the analysis follows:

| Analysis Element | Summary Description |
|---|---|
| Subject Interest | 114,305 common units in the Company |
| Intended use | To assist the Company with a contemplated transaction |
| Intended users | The Company's owners |
| Development scope | Value calculation |
| Reporting scope | Calculation report |
| Standard of value | Fair market value |
| Premise of value | Going concern |
| Level of value | Non-control, non-marketable |
| Effective date of valuation | December 31, 2021 |
| Indicated value of the Subject Interest | See Exhibit 1 |

Development scope can consist of either an appraisal or a value calculation. GSG has performed a value calculation. This analysis is described on the attached exhibits.

The objective of an appraisal is to express an unambiguous opinion as to the value of a business, business ownership interest, security or intangible asset which opinion is supported by all procedures that the appraiser deems to be relevant to the valuation. Appraisals must be developed and reported in compliance with the Uniform Standards of Professional Appraisal Practice ("USPAP").

By comparison, the objective of a value calculation is to provide an approximate indication of value of a business, business ownership interest, security or intangible asset based on the performance of limited procedures agreed upon by the consultant and the client. A value calculation entails substantially less analysis than an appraisal and does not represent the consultant's opinion of value. Value calculations are not developed or reported in compliance with USPAP but are developed in accordance with the American Society of Appraisers Business Valuation Standards.



*Michael Haft, Owner*                                                          April    , 2022
*Re: analysis of Compass Coffee, LLC*                                          *Page 2 of 2*

Reporting scope follows from the development scope and can consist of either an appraisal report, restricted appraisal report or a calculation report. Appraisal reports will comply with USPAP Standard 10, Standards Rule 10-2(a) and include an introduction, analyses of the subject interest, business conditions, relevant valuation approaches and level of value adjustments, a conclusion of value and supporting schedules. Restricted appraisal reports will comply with USPAP Standard 10, Standards Rule 10-2(b) and include limited text and selected supporting schedules. Calculation reports will include limited text and selected supporting schedules. GSG will not issue any documentation regarding its analysis if for any reason it is unable to complete its analysis.

Standards of value include "investment value," "fair market value" and "fair value." The investment value standard is defined as the value of an investment to a particular investor based on that investor's requirements and expectations. The fair market value standard is defined as the cash equivalent price at which property would change hands between hypothetical willing and able buyers and sellers acting at arms-length in an open and unrestricted market where neither party is under compulsion to transact and both parties have reasonable knowledge of the relevant facts. For financial reporting intended uses, the fair value standard is defined as the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date. For intended uses other than financial reporting, the fair value standard may have other definitions.

Levels of value include "strategic control," "financial control" and "non-controlling." The strategic control level of value reflects the benefits associated with the prerogatives of control and includes synergies unique to a specific buyer. The financial control level of value reflects the benefits associated with the prerogatives of control but does not include any synergies that are unique to any specific buyer. The non-controlling level of value reflects the absence of the benefits associated with the prerogatives of control and does not include any synergies that are unique to any specific buyer. Non-marketable interests are those that generally cannot be quickly converted to cash at a minimal cost.

This report is not to be copied or made available to any persons other than the intended users without our express written consent.

Sincerely,

**GORFINE, SCHILLER & GARDYN, P.A.**
**Employer Identification Number 52-1231901**

Chuck Faunce, ASA
Director, Business Valuation and Litigation Services
(410) 812-2651
cfaunce@gsg-cpa.com

GSG

*Value Calculation for*
*114,305 Common Units in Compass Coffee, LLC*
*as of December 31, 2021*

Exhibits

Summary .................................................................................................Exhibit 1
(including subsidiary exhibits 1.1 through 1.3.1)

Discounted Cash Flow Method .................................................................Exhibit 2
(including subsidiary exhibit 2.1)

Guideline Public Companies Method ........................................................Exhibit 3
(including subsidiary exhibit 3.1)

Comparable Company Transactions Method ............................................Exhibit 4
(including subsidiary exhibit 4.1)

Comparative Historical Financial Statements - Reported...........................Exhibit 5
(including exhibits 5.1 and 5.2)

Assumptions and Limiting Conditions........................................................Exhibit 6

GSG



Value Calculation for
114,305 Common Units in Compass Coffee, LLC
as of December 31, 2021

| | | | Other Than Liquidation | | | |
|---|---|---|---|---|---|---|
| | | Amount | Common | Founders | Liquidation | Subject Interest |
| | Subject Interest Summary | | | | | |

| | | | Other Than Liquidation | | | |
|---|---|---|---|---|---|---|
| | | Amount | Common | Founders | Liquidation | Subject Interest |
| Invested capital, fin'l control, non-marketable (control), PTE, total incl TAB | (a) | $11,712,470 | | | | Assets in an asset sale |
| Less actual invested debt | (b) | (10,220,760) | | | | |
| Equity, financial control, non-marketable (control), PTE, total incl TAB | | 1,491,710 | | | | 100% equity in an asset sale |
| Less tax amortization benefit | (a) | 0 | | | | |
| Equity, financial control, non-marketable (control), PTE, total excl TAB | (a) | 1,491,710 | | | | 100% equity |
| Excess (assets) liabilities, financial control, non-marketable (control) | (a) | 796,303 | | | | |
| Equity, financial control, non-marketable (control), PTE, operations | (c) | $2,288,013 | $2,288,013 | $2,288,013 | $2,288,013 | |
| Level of value adjustment | | | (572,003) | na | na | |
| Equity, voting, operations | | | 1,716,010 | 2,288,013 | 2,288,013 | |
| Excess assets (liabilities) | (d) | | (796,303) | (796,303) | (796,303) | |
| Equity, total | | | $919,707 | $1,491,710 | $1,491,710 | |
| Allocation to common units (effective) | (e) | | 100.00% | 100.00% | na | |
| Equity, total | | | $919,707 | $1,491,710 | na | |
| Common units (effective) | (f) | | 1,043,304 | 1,043,304 | na | |
| 1 common unit (effective) | | | $0.88 | $1.43 | na | |
| Subject Interest units | (f) | | 114,305 | 114,305 | 114,305 | |
| Subject Interest $ | | | $100,764 | $163,433 | $22,569 (g) | 114,305 common units |

Notes

(a)  Exhibit 1.1 - Subject Interest Value - Enterprise Value
(b)  Exhibit 5.1 - Comparative Historical Financial Statements - Reported - Balance Sheet
(c)  Level of value adjustments

| | Operations | Excess Assets | Excess Liabilities |
|---|---|---|---|
| Lack of control (h) | 0.00% | (20.63%) | 0.00% |
| Lack of marketability (i) | (25.00%) | 0.00% | 0.00% |
| Level of value adjustments ((1+[ALoC])*(1+ALoM))-1 | (25.00%) | (20.63%) | 0.00% |

(d)  Excess assets (liabilities), adjusted

| | |
|---|---|
| Excess assets (liabilities), unadjusted | ($796,303) |
| Level of value adjustments (c) | 0 |
| Excess assets (liabilities), adjusted | ($796,303) |

(e)  Non-liquidation distributions shall be made to the Unit Holders in accordance with their respective Percentages
(f)  Exhibit 1.2 - Subject Interest Value - Capitalization Table
(g)  Liquidation allocation to Subject Interest

| | Tranche 1 | Tranche 2 | Tranche 3 | Total |
|---|---|---|---|---|
| Amount available to tranche | $1,491,710 | $104,641 | $89,856 | |
| Tranche allocation % (f) | 92.99% | 14.13% | 100.00% | |
| Tranche allocation $ | $1,387,068 | $14,785 | $89,856 | |
| Subject Interest Tranche % (f) | 0.00% | 2.67% | 24.68% | |
| Subject Interest Tranche $ | $0 | $394 | $22,175 | $22,569 |

(h)  The Company is assumed to be operated in a fiduciary manner:
     adjustment reflects ([actual debt] - [optimal debt]) ÷ [equity value of operations]
     if [actual debt] < [optimal debt], 0% otherwise:
     excess assets adjustment reflects compelled interest free loan for an estimated 5 year term
     discounted at the Company's cost of debt: excess liabilities not discounted
(i)  Estimated based on analysis of empirical studies of adjustments for lack of
     marketability and the value of a put option:
     excess assets stated at the non-marketable level of value: excess liabilities not discounted
(j)  Amounts may appear to be rounded due to formatting

GSG

Exhibit 1

*Value Calculation for*
*114,305 Common Units in Compass Coffee, LLC*
*as of December 31, 2021*

| | | | | | |
|---|---|---|---|---|---|
| | **Subject Interest** | | | | |
| | **Enterprise Value** | | | | |

| Method | Indicated Value | | Weight (d) | Weighted Value |
|---|---|---|---|---|
| Discounted Cash Flow | $12,508,773 | (a) | 1 | $12,508,773 |
| Guideline Public Companies | $11,784,377 | (b) | 0 | $0 |
| Comparable Company Transactions | $11,649,366 | (c) | 0 | $0 |
| Total | | | 1 | $12,508,773 |
| Sum of weights | | | | 1 |
| Invested capital, financial control, non-marketable (control), operations | | | | $12,508,773 |
| Excess assets (liabilities), financial control, non-marketable (control) | | | | (796,303) (e) |
| Invested capital, financial control, non-marketable (control), total, excl TAB | | | | 11,712,470 |
| Tax amortization benefit | | | | 0 (f) |
| Invested capital, financial control, non-marketable (control), total, incl TAB | | | | $11,712,470 |

Notes

(a)  Exhibit 2 - Discounted Cash Flow Method - Summary
(b)  Exhibit 3 - Guideline Public Companies Method - Summary
(c)  Exhibit 4 - Comparable Company Transactions Method - Summary
(d)  Estimated based on the deemed reliability of each method
(e)  Excess assets (liabilities), financial control, non-marketable (control)

| | | |
|---|---|---|
| Excess working capital | $0 | (g) |
| Nonoperating assets | 1,555,178 | (g) |
| Excess liabilities | (2,351,481) | (h) |
| Control, non-marketable (control) | ($796,303) | |

(f)  Tax amortization benefit

| | | |
|---|---|---|
| Invested capital excl TAB | $11,712,470 | |
| Less working capital | (710,295) | (g) |
| Less net fixed assets | (10,321,813) | (g) |
| Less nonoperating assets | (1,555,178) | (g) |
| Less other assets | (52,193) | (g) |
| Intangible asset value | ($927,010) | |
| Intangible asset amortization benefit | $0 | (i) |

(g)  Exhibit 5.1 - Comparative Historical Financial Statements - Reported - Balance Sheet
(h)  Management estimate of deferred rent fair market value
(i)  Calculated as the present value of the amortization expense tax
     shield annuity discounted for 15 years in accordance with IRC §197
(j)  Amounts may appear to be rounded due to formatting



*Exhibit 1.1*

Value Calculation for
114,305 Common Units in Compass Coffee, LLC
as of December 31, 2021

**Subject Interest**
**Capitalization Table (a)**

| Entity | Capital Account — Common $ | Common % Class | Common % Total | Series A $ | Series A % Class | Series A % Total | Total | Units — Common Count | Common % | Series A | Total Count | Total Percentage | Price | Preferred Conversion Shares | Total Shares | % of Total | Liquidation % (b) Tranche 1 % of Balance | Tranche 1 % Tranche | Tranche 2 % of Balance | Tranche 2 % Tranche | Tranche 3 % of Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | [1] | [2]=[1]÷Σ[1] | [3]=[1]÷Σ[1] | [4] | [5]=[4]÷Σ[4] | [6]=[4]÷Σ[4] | [7]=[1]+[4] | [8] | [9]=[8]÷Σ[8] | [10] | [11]=[8]+[10] | [12]=[11]÷Σ[11] | [13] | [14]=[13] | [15]=[8]+[14] | [16]=[15]÷Σ[15] | [17]=max[6],[16] | [18]=[17]÷Σ[17] | [19] | [20]=[19]÷Σ[19] | [21]=[16] |
| Investor 1 | $0 | 0.00% | 0.00% | $50,005 | 0.43% | 0.37% | $50,005 | 0 | 0.00% | 2,041 | 2,041 | 0.20% | $24.50 | 2,041 | 2,041 | 0.22% | 0.37% | 0.40% | 0.00% | 0.00% | 0.22% |
| Investor 2 | 0 | 0.00% | 0.00% | 9,996 | 0.09% | 0.07% | 9,996 | 0 | 0.00% | 408 | 408 | 0.04% | $24.50 | 408 | 408 | 0.04% | 0.07% | 0.08% | 0.00% | 0.00% | 0.04% |
| Investor 3 | 0 | 0.00% | 0.00% | 999,992 | 8.68% | 7.46% | 999,992 | 0 | 0.00% | 40,816 | 40,816 | 3.91% | $24.50 | 40,816 | 40,816 | 4.38% | 7.46% | 8.02% | 0.00% | 0.00% | 4.38% |
| Investor 4 | 35,010 | 1.85% | 0.26% | 0 | 0.00% | 0.00% | 35,010 | 1,945 | 0.43% | 0 | 1,945 | 0.19% | na | 0 | 1,945 | 0.21% | 0.00% | 0.00% | 0.26% | 1.85% | 0.21% |
| Investor 5 | 0 | 0.00% | 0.00% | 269,280 | 2.34% | 2.01% | 269,280 | 0 | 0.00% | 14,960 | 14,960 | 1.43% | $18.00 | 14,960 | 14,960 | 1.61% | 2.01% | 2.16% | 0.00% | 0.00% | 1.61% |
| Investor 6 | 0 | 0.00% | 0.00% | 249,998 | 2.17% | 1.86% | 249,998 | 0 | 0.00% | 10,204 | 10,204 | 0.98% | $24.50 | 10,204 | 10,204 | 1.10% | 1.86% | 2.00% | 0.00% | 0.00% | 1.10% |
| Subject Interest | 357,490 | 18.86% | 2.67% | 0 | 0.00% | 0.00% | 357,490 | 114,305 | 25.52% | 0 | 114,305 | 10.96% | na | 0 | 114,305 | 12.27% | 0.00% | 0.00% | 2.67% | 18.86% | 12.27% |
| Investor 8 | 0 | 0.00% | 0.00% | 5,634,846 | 48.93% | 42.01% | 5,634,846 | 130,000 | 29.03% | 183,047 | 313,047 | 30.01% | $18.00 | 313,047 | 443,047 | 47.57% | 47.57% | 51.16% | 0.00% | 0.00% | 47.57% |
| Investor 9 | 0 | 0.00% | 0.00% | 9,996 | 0.09% | 0.07% | 9,996 | 0 | 0.00% | 408 | 408 | 0.04% | $24.50 | 408 | 408 | 0.04% | 0.07% | 0.08% | 0.00% | 0.00% | 0.04% |
| Investor 10 | 105,012 | 5.54% | 0.78% | 0 | 0.00% | 0.00% | 105,012 | 5,834 | 1.30% | 0 | 5,834 | 0.56% | na | 0 | 5,834 | 0.63% | 0.00% | 0.00% | 0.78% | 5.54% | 0.63% |
| Investor 11 | 0 | 0.00% | 0.00% | 9,996 | 0.09% | 0.07% | 9,996 | 0 | 0.00% | 408 | 408 | 0.04% | $24.50 | 408 | 408 | 0.04% | 0.07% | 0.08% | 0.00% | 0.00% | 0.04% |
| Investor 12 | 0 | 0.00% | 0.00% | 9,996 | 0.09% | 0.07% | 9,996 | 0 | 0.00% | 408 | 408 | 0.04% | $24.50 | 408 | 408 | 0.04% | 0.07% | 0.08% | 0.00% | 0.00% | 0.04% |
| Investor 13 | 55,008 | 2.90% | 0.41% | 0 | 0.00% | 0.00% | 55,008 | 3,056 | 0.68% | 0 | 3,056 | 0.29% | na | 0 | 3,056 | 0.33% | 0.00% | 0.00% | 0.41% | 2.90% | 0.33% |
| Investor 14 | 0 | 0.00% | 0.00% | 499,996 | 4.34% | 3.73% | 499,996 | 0 | 0.00% | 20,408 | 20,408 | 1.96% | $18.00 | 27,778 | 27,778 | 2.98% | 3.73% | 4.01% | 0.00% | 0.00% | 2.98% |
| Investor 15 | 75,006 | 3.96% | 0.56% | 0 | 0.00% | 0.00% | 75,006 | 4,167 | 0.93% | 0 | 4,167 | 0.40% | na | 0 | 4,167 | 0.45% | 0.00% | 0.00% | 0.56% | 3.96% | 0.45% |
| Investor 16 | 357,490 | 18.86% | 2.67% | 500,000 | 4.34% | 3.73% | 857,490 | 184,305 | 41.15% | 294,423 | 479,228 | 45.93% | $10.98 (c) | 45,519 | 229,824 | 24.68% | 24.68% | 26.54% | 2.67% | 18.86% | 24.68% |
| Investor 17 | 0 | 0.00% | 0.00% | 536,232 | 4.66% | 4.00% | 536,232 | 0 | 0.00% | 21,887 | 21,887 | 2.10% | $24.50 | 21,887 | 21,887 | 2.35% | 4.00% | 4.30% | 0.00% | 0.00% | 2.35% |
| Investor 18 | 50,005 | 2.64% | 0.37% | 0 | 0.00% | 0.00% | 50,005 | 2,041 | 0.46% | 0 | 2,041 | 0.20% | na | 0 | 2,041 | 0.22% | 0.00% | 0.00% | 0.37% | 2.64% | 0.22% |
| Investor 19 | 820,000 | 43.27% | 6.11% | 2,601,262 | 22.59% | 19.40% | 3,421,262 | 0 | 0.00% | 0 | 0 | 0.00% | na | 0 | 0 | 0.00% | 0.00% | 0.00% | 6.11% | 43.27% | 0.00% |
| Investor 20 | 0 | 0.00% | 0.00% | 35,011 | 0.30% | 0.26% | 35,011 | 0 | 0.00% | 1,429 | 1,429 | 0.14% | $24.50 | 1,429 | 1,429 | 0.15% | 0.26% | 0.28% | 0.00% | 0.00% | 0.15% |
| Investor 21 | 39,996 | 2.11% | 0.30% | 0 | 0.00% | 0.00% | 39,996 | 2,222 | 0.50% | 0 | 2,222 | 0.21% | na | 0 | 2,222 | 0.24% | 0.00% | 0.00% | 0.30% | 2.11% | 0.24% |
| Investor 22 | 0 | 0.00% | 0.00% | 100,009 | 0.87% | 0.75% | 100,009 | 0 | 0.00% | 4,082 | 4,082 | 0.39% | $24.50 | 4,082 | 4,082 | 0.44% | 0.75% | 0.80% | 0.00% | 0.00% | 0.44% |
| Total | $1,895,017 | 100.00% | 14.13% | $11,516,614 | 100.00% | 85.87% | $13,411,630 | 447,875 | 100.00% | 595,429 | 1,043,304 | 100.00% | | 483,395 | 931,270 | 100.00% | 92.99% | 100.00% | 14.13% | 100.00% | 100.00% |

Notes:

(a)  [CompassCoffee_captable_04-07-2022.xlsx] unless noted
(b)  5th Operating Agreement
(c)  Weighted average
(d)  Amounts may appear to be rounded due to formatting



Exhibit 1.2

*Value Calculation for*
*114,305 Common Units in Compass Coffee, LLC*
*as of December 31, 2021*

## Put Option Indication of the Adjustment for Lack of Marketability

|  |  |  | No Dividend |
|---|---|---|---|
| S | Price per share at valuation date | (a) | $1,000 |
| q | Dividend yield | (b) | 0.00% |
| X | Strike price | (c) | $1,000 |
| r | Risk free rate for expected life | (d) | 0.39% |
| $\sigma^2$ | Annualized variance (**std dev squared**) of the lognormal return of the stock price | (e) | 36.00% |
| t | Expected life (number of periods to exercise date) | (f) | 1.00 |
| d1 | $d1=(\ln(S/X)+(r-q+0.5*\sigma^2)*t)/SQRT(\sigma^2*t)$ |  | 0.31 |
| d2 | $d2=d1-SQRT(\sigma^2*t)$ |  | (0.29) |
| N(-d1) | Option value change per unit underlying value change |  | 37.96% |
| N(-d2) | Probability that the option will expire in the money |  | 61.54% |
| P | Put Option Price = $-Se^{-qt}N(-d1)+Xe^{(-rt)}N(-d2)$ |  | $233 |

Indicated discount for lack of marketability = put price ÷ current share price    23.34%

Notes:

(a)  Arbitrary number
(b)  na
(c)  Assumed equal to price per share at valuation date
(d)  Natural log of 1 plus the Treasury Constant Maturity Rate                          0.39%
      for the term; St. Louis Federal Reserve
(e)  Estimated based on the GPCs considering the size of the subject company
(f)  Estimated based on minimum reasonable holding period
(g)  Amounts may appear to be rounded due to formatting



*Exhibit 1.3*

*Value Calculation for*
*114,305 Common Units in Compass Coffee, LLC*
*as of December 31, 2021*

**Guideline Public Company Stock Price Volatilities**
*standard deviation of lognormal monthly return*

| Day of Month | Starbucks Corporation | JDE Peet's N.V. | Rocky Mountain Chocolate Factory, Inc. | Krispy Kreme, Inc. | BRC Inc. | Dutch Bros Inc. | Min | 1st Quartile | Median | Average | 3rd Quartile | Max |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **6 Year** | | | | | | | | | | | | |
| 7th | 21.45% | 8.57% | 50.86% | 8.63% | 2.99% | 22.82% | 2.99% | 8.58% | 15.04% | 19.22% | 22.48% | 50.86% |
| 15th | 20.03% | 8.68% | 41.89% | 8.19% | 3.10% | 19.66% | 3.10% | 8.31% | 14.17% | 16.93% | 19.94% | 41.89% |
| 22nd | 27.19% | 9.36% | 44.90% | 8.15% | 1.77% | 17.58% | 1.77% | 8.45% | 13.47% | 18.16% | 24.78% | 44.90% |
| Last | 23.12% | 12.80% | 38.83% | 15.06% | 1.64% | 27.93% | 1.64% | 13.36% | 19.09% | 19.90% | 26.73% | 38.83% |
| Average | 22.95% | 9.85% | 44.12% | 10.01% | 2.38% | 22.00% | 2.38% | 9.68% | 15.44% | 18.55% | 23.48% | 44.12% |
| **3 Year** | | | | | | | | | | | | |
| 7th | 21.64% | 11.87% | 69.38% | 12.17% | 4.22% | 32.25% | 4.22% | 11.94% | 16.91% | 25.26% | 29.60% | 69.38% |
| 15th | 21.74% | 12.05% | 57.32% | 11.57% | 4.38% | 27.73% | 4.38% | 11.69% | 16.90% | 22.47% | 26.23% | 57.32% |
| 22nd | 34.06% | 13.05% | 60.62% | 11.52% | 2.50% | 24.86% | 2.50% | 11.90% | 18.95% | 24.43% | 31.76% | 60.62% |
| Last | 26.49% | 18.01% | 51.19% | 21.27% | 2.31% | 39.48% | 2.31% | 18.83% | 23.88% | 26.46% | 36.23% | 51.19% |
| Average | 25.98% | 13.74% | 59.63% | 14.13% | 3.35% | 31.08% | 3.35% | 13.59% | 19.16% | 24.65% | 30.96% | 59.63% |
| **1 Year** | | | | | | | | | | | | |
| 7th | 11.17% | 17.53% | 56.90% | 21.53% | 7.47% | 57.39% | 7.47% | 12.76% | 19.53% | 28.66% | 48.06% | 57.39% |
| 15th | 12.37% | 16.09% | 50.92% | 20.58% | 7.78% | 48.98% | 7.78% | 13.30% | 18.33% | 26.12% | 41.88% | 50.92% |
| 22nd | 15.94% | 19.22% | 40.65% | 20.55% | 4.45% | 44.34% | 4.45% | 16.76% | 19.88% | 24.19% | 35.62% | 44.34% |
| Last | 18.89% | 25.29% | 37.01% | 37.70% | 4.06% | 70.31% | 4.06% | 20.49% | 31.15% | 32.21% | 37.53% | 70.31% |
| Average | 14.59% | 19.53% | 46.37% | 25.09% | 5.94% | 55.25% | 5.94% | 15.83% | 22.22% | 27.80% | 40.77% | 55.74% |

Notes:

(a)    Calculated from CapitalIQ data
(b)    Amounts may appear to be rounded due to formatting



*Exhibit 1.3.1*



*Value Calculation for*
*114,305 Common Units in Compass Coffee, LLC*
*as of December 31, 2021*

**Discounted Cash Flow Method**
**Summary**

| | | 2022 | 41.84% 2023 | 20.92% 2024 | 10.46% 2025 | 4.50% 2026 | 4.50% Terminal Value | Total |
|---|---|---|---|---|---|---|---|---|
| Revenue growth | (a) | | | | | | | |
| | | | | | | | | |
| Revenues | (a) | $17,058,266 | $24,194,917 | $52,070,084 | $72,649,992 | $75,919,242 | $79,335,608 | |
| EBIT margin | (a) | (4.09%) | 8.43% | 8.43% | 8.43% | 8.43% | 8.43% | |
| | | | | | | | | |
| EBIT | | (697,842) | 2,039,690 | 4,389,634 | 6,124,570 | 6,400,176 | 6,688,184 | |
| Taxes | (c) | 185,137 | (541,130) | (1,164,570) | (1,624,848) | (1,697,967) | (1,774,375) | |
| | | | | | | | | |
| EBIAT | | (512,705) | 1,498,560 | 3,225,064 | 4,499,722 | 4,702,209 | 4,913,808 | |
| Add: depreciation and amortization | (a) | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 | 1,567,500 | |
| Less: capital expenditures | (a) | (2,350,000) | (3,100,000) | (1,813,777) | (1,656,888) | (1,567,500) | (1,638,038) | |
| (Increase) decrease in working capital | (d) | (852,913) | (356,833) | (1,393,758) | (1,208,995) | (163,462) | (170,818) | |
| | | | | | | | | |
| Net cash flow available to invested capital, TE | | ($2,215,618) | ($458,272) | $1,517,529 | $3,313,838 | $4,471,247 | $4,672,453 | |
| Capitalization multiple | | | | | | | 5.58x | (e) |
| | | | | | | | | |
| Invested capital, financial control, marketable, TE | | | | | | | $26,087,780 | |
| Portion of year | | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | 100.00% | |
| | | | | | | | | |
| Invested capital, financial control, marketable, TE | | ($2,215,618) | ($458,272) | $1,517,529 | $3,313,838 | $4,471,247 | $26,087,780 | |
| Discount multiple | (f) | 0.90x | 0.74x | 0.60x | 0.49x | 0.40x | 0.40x | |
| | | | | | | | | |
| Invested capital, financial control, marketable, TE | | ($2,002,560) | ($338,373) | $915,356 | $1,632,924 | $1,799,884 | $10,501,541 | $12,508,773 |
| Less: calculated invested debt | | | | | | | | (1,250,877) (g) |
| | | | | | | | | |
| Equity, financial control, marketable, TE | | | | | | | | 11,257,895 |
| Less: adjustment for lack of control | | | | | | | | 0 (h) |
| | | | | | | | | |
| Equity, financial control, marketable, TE | | | | | | | | 11,257,895 |
| Less: adjustment for lack of marketability | | | | | | | | 0 (h) |
| | | | | | | | | |
| Equity, financial control, non-marketable, TE | | | | | | | | 11,257,895 |
| PTE premium | | | | | | | | 0 (i) |
| | | | | | | | | |
| Equity, financial control, non-marketable, PTE | | | | | | | | 11,257,895 |
| Add: calculated invested debt | | | | | | | | 1,250,877 (g) |
| | | | | | | | | |
| Invested capital, financial control, non-marketable, PTE | | | | | | | | $12,508,773 |

Notes:

(a)  Management projections ([13. Projected Financials.xlsx]) for 2022-2023; estimated thereafter
      Terminal growth rate                       4.50%  : estimated based on expectations for the economy and industry
(b)  na
(c)  Tax rate                                     26.53%
      Estimated based on current federal and typical 7% state corporate income tax rate
(d)  Income to cash flow adjustments

      Working capital                             5.00%  : estimated based on historical financial performance and industry data

(e)  Exhibit 2.1 - Discounted Cash Flow Method - Weighted Average Cost of Capital
(f)  Discount multiple

| | | | | | | |
|---|---|---|---|---|---|---|
| Months in period | | 12.00 | 12.00 | 12.00 | 12.00 | 12.00 |
| Discounting periods (years) | | 0.50 | 1.50 | 2.50 | 3.50 | 4.50 |
| 1 + [WACC] | (e) | 1.2241 | 1.2241 | 1.2241 | 1.2241 | 1.2241 |
| | | | | | | |
| Discount divisor (1+[WACC])^[disctg periods] | | 1.11 | 1.35 | 1.66 | 2.03 | 2.48 |
| | | | | | | |
| Discount multiple (1 + [discount divisor]) | | 0.90x | 0.74x | 0.60x | 0.49x | 0.40x |

(g)  Calculated invested  debt %                  10.00% (l)
(h)  Level of value adjustments

      Adj for lack of control                     0.00%  (m)
      Adj for lack of marketability               0.00%  (m)

(i)  PTE premium                                  0.00%
      Estimated based on the Company's projected financial performance and the uncertainties associated with the tax benefits of PTEs
(j)  Intentionally left blank
(k)  Intentionally left blank
(l)  Estimated based on implied interest coverage, historical and projected financial performance and industry data
(m)  na
(n)  TE = taxable entity; PTE = pass through entity
(o)  Amounts may appear to be rounded due to formatting



*Value Calculation for*
*114,305 Common Units in Compass Coffee, LLC*
*as of December 31, 2021*

**Discounted Cash Flow Method**
**Weighted Average Cost of Capital**

|  | | Equity | | Debt | WACC |
|---|---|---|---|---|---|
| Pretax cost | | na | | 4.73% (b) | |
| Tax shield | | na | | (1.25%) (c) | |
| After tax cost | | 24.51% (a) | | 3.48% | |
| Weight | (d) | 90.00% | | 10.00% | |
| Weighted cost of capital | | 22.06% | | 0.35% | 22.41% |
| Less: terminal growth rate | | | | | (4.50%) (e) |
| Weighted capitalization rate | | | | | 17.91% |
| Weighted capitalization multiple | | | | | 5.58x |

Notes:

(a) Estimated based on the 20 year Treasury Bill rate, Kroll Cost of Capital Navigator:
5% specific company risk premium

(b) Cost of debt

| Benchmark rate | 4.73% (f) |
|---|---|
| Adjustment | 0.00% (g) |
| Cost of debt | 4.73% |

(c)
| Tax rate | 26.53% (h) |
|---|---|
| Deduction limit % | 100.00% (h) |
| Tax rate for WACC | 26.53% |

(d) Estimated based on actual debt component of capital structure
performance and industry data

Notes:

(e) Potential terminal growth rates

| Real GDP growth | 2.10% (i) |
|---|---|
| Long term inflation | 2.40% (i) |
| Nominal GDP growth rate | 4.50% |
| NAICS 311920 | 4.00% (j) |
| NAICS 445299 | 2.00% (j) |
| NAICS 722515 | 5.00% (j) |

(f) All corporate 20 year BBB continuously compounded yield per Capital IQ

(g) To yield all corporate 20 year BB continuously compounded yield per Capital IQ

(h) Estimated based on current federal and typical 7% state corporate income tax rate
Interest deduction is not limited

(i) December 2021 Livingston Survey

(j) First Research Industry Report for respective NAICS Code:
closest date preceding the closing date

(k) Implied interest coverage ratio

| Enterprise value | $11,712,470 (l) |
|---|---|
| Weight of debt | 10.00% (d) |
| Implied debt value | $1,171,247 |
| Pretax cost of debt % | 4.73% (b) |
| Pretax cost of debt $ | $55,400 |
| EBIT | $1,250,686 (m) |
| Interest coverage ratio | 22.58x |
| NAICS 311920 | 2.40x |
| NAICS 445299 | 7.00x |
| NAICS 722515 | 2.70x |

(l) Exhibit 2 - Discounted Cash Flow Method - Summary

(m) Normalized (2019 revenues * normalized EBIT margin)

(n) Amounts may appear to be rounded due to formatting

GSG

*Exhibit 2.1*

*Value Calculation for*
*114,305 Common Units in Compass Coffee, LLC*
*as of December 31, 2021*

**Guideline Public Companies Method**
**Summary**

| | | Revenue | EBITDA | EBIT | Net Income | Total |
|---|---|---|---|---|---|---|
| Parameter | (a) | $14,835,705 | $1,543,807 | $1,250,686 | $796,022 | |
| Representative adjusted market multiple | (b) | 1.19x | 6.65x | 8.77x | 10.43x | |
| | | | | | | |
| Invested capital, financial control, marketable, TE | | $17,596,869 | $10,266,138 | $10,969,166 | $8,305,334 | |
| Less calculated debt, financial control, marketable | (c) | (5,279,061) | (3,079,841) | (3,290,750) | (2,491,600) | |
| | | | | | | |
| Equity, financial control, marketable, TE | | $12,317,809 | $7,186,296 | $7,678,416 | $5,813,734 | |
| Weight | (d) | 1 | 1 | 1 | 1 | |
| | | | | | | |
| Equity, financial control, marketable, TE | | $12,317,809 | $7,186,296 | $7,678,416 | $5,813,734 | $32,996,255 |
| Sum of weights | | | | | | 4 |
| | | | | | | |
| Equity, financial control, marketable, TE | | | | | | $8,249,064 |
| Less adjustment for lack of control | | | | | | 0 (e) |
| | | | | | | |
| Equity, financial control, marketable, TE | | | | | | 8,249,064 |
| Less adjustment for lack of marketability | | | | | | 0 (e) |
| | | | | | | |
| Equity, financial control, non-marketable, TE | | | | | | 8,249,064 |
| PTE premium | | | | | | 0 (f) |
| | | | | | | |
| Equity, financial control, non-marketable, PTE | | | | | | 8,249,064 |
| Add calculated debt, financial control, non-marketable, PTE | | | | | | 3,535,313 (c) |
| | | | | | | |
| Invested capital, financial control, non-marketable, PTE | | | | | | $11,784,377 |

| | | Revenue | EBITDA | EBIT | Net Income | Total |
|---|---|---|---|---|---|---|
| Invested capital | | $11,784,377 | $11,784,377 | $11,784,377 | $11,784,377 | |
| Parameter (a) | | $14,835,705 | $1,543,807 | $1,250,686 | $796,022 | |
| | | | | | | |
| Indicated value expressed as a multiple | | 0.79x | 7.63x | 9.42x | 14.80x | |
| | | | | | | |
| Minimum, adjusted | (b) | 0.80x | 3.88x | 4.93x | 8.78x | |
| 1st quartile, adjusted | (b) | 0.82x | 4.08x | 5.35x | 9.13x | |
| Harmonic mean, adjusted | (b) | 1.20x | 5.62x | 7.33x | 10.76x | |
| Median, adjusted | (b) | 1.08x | 6.05x | 7.97x | 9.49x | |
| Mean, adjusted | (b) | 1.80x | 6.88x | 9.07x | 11.68x | |
| 3rd quartile, adjusted | (b) | 2.36x | 8.84x | 11.69x | 13.13x | |
| Maximum, adjusted | (b) | 4.29x | 11.55x | 15.42x | 16.77x | |
| | | | | | | |
| Subject mult compared to median | | Below | Above | Above | Above | |
| Subject mult compared to interquartile range | | Below | Within | Within | Above | |
| Subject mult compared to comparable range | | Below | Within | Within | Within | |

Notes:

(a)  Revenues, EBITDA, EBIT and net income

| | Amount | Normalized % |
|---|---|---|
| Revenues | $14,835,705 (h) | |
| Less: norm'd opex excl D&A | (13,291,898) | |
| | | |
| Normalized EBITDA | 1,543,807 | 10.41% |
| Less: norm'd D&A | (293,121) | 1.98% (i) |
| | | |
| Normalized EBIT | 1,250,686 | 8.43% (i) |
| Less: interest | (167,220) (j) | |
| | | |
| Normalized EBT | 1,083,465 | |
| Less taxes | (287,443) | 26.53% (k) |
| | | |
| Normalized net income | $796,022 | |

(b)  Exhibit 3.1 - Guideline Public Companies Method - MVIC Multiples
Multiple adjustment     10.00%   above median adjusted multiple
(c)  Debt %     30.00% (l)
(d)  Estimated based on the deemed reliability of each multiple
(e)  Level of value adjustments

| | | |
|---|---|---|
| Adj for lack of control | 0.00% | (m) |
| Adj for lack of marketability | 0.00% | (n) |

(f)  PTE premium     0.00% (o)
(g)  Intentionally left blank
(h)  Exhibit 5.2 - Comparative Historical Financial Statements - Income Statement - Adjusted
(i)  Estimated based on the Company's historical and projected performance and industry information

(j)  Interest

| | | |
|---|---|---|
| Invested capital, financial control, non-marketable | $11,784,377 | |
| Debt % | 30.00% | (l) |
| | | |
| Optimal debt $ | $3,535,313 | |
| Cost of debt | 4.73% | (p) |
| | | |
| Interest | $167,220 | |

(k)  Estimated based on current federal rates and typical 7% state corporate income tax rate
(l)  Exhibit 2.1 - Discounted Cash Flow Method - Weighted Average Cost of Capital
(m)  Not applicable to invested capital or 100% of equity
(n)  Estimated based on the characteristics of a controlling interest in the Company and business conditions
(o)  Estimated based on the Company's projected performance and the uncertainties associated with the tax benefits of PTEs
(p)  Cost of debt

| | | |
|---|---|---|
| Benchmark rate | 4.73% | (q) |
| Adjustment | 0.00% | (r) |
| | | |
| Cost of debt | 4.73% | |

(q)  20 year BB Corporate Bond Yield per Capital IQ
(r)  Estimated based on historical and projected results and business conditions
(s)  TE = taxable entity; PTE = pass through entity
(t)  Amounts may appear to be rounded due to formatting

GSG

*Exhibit 3*

*Value Calculation for*
*114,305 Common Units in Compass Coffee, LLC*
*as of December 31, 2021*

**Guideline Public Companies Method**
**MVIC Multiples**

| | Starbucks Corporation | JDE Peet's N.V. | Rocky Mountain Chocolate | Krispy Kreme, Inc. | BRC Inc. | Dutch Bros Inc. | na | na | na | na | na |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ticker | NASDAQ:SBUX | ENXTAM:JDEP | NasdaqGM:RMCF | NasdaqGS:DNUT | NYSE:BRCC | NYSE:BROS | | | | | |
| **Unadjusted (a)** | | | | | | | | | | | |
| Revenues | 5.53x | 2.82x | 1.55x | 3.25x | 0.82x | 5.40x | nm | nm | nm | nm | nm |
| EBITDA | 25.83x | 13.72x | 9.71x | 36.04x | nm | nm | nm | nm | nm | nm | nm |
| EBIT | 34.21x | 17.43x | 12.78x | 165.89x | nm | nm | nm | nm | nm | nm | nm |
| Net income | 54.71x | 33.54x | 20.51x | nm | nm | nm | nm | nm | nm | nm | nm |
| **Adjusted (b)** | | | | | | | | | | | |
| Revenues | 0.89x | 0.80x | 1.27x | 2.73x | 0.80x | 4.29x | nm | nm | nm | na | nm |
| EBITDA | 4.15x | 3.88x | 7.94x | 11.55x | nm | nm | nm | nm | nm | nm | nm |
| EBIT | 5.49x | 4.93x | 10.45x | 15.42x | nm | nm | nm | nm | nm | nm | nm |
| Net income | 8.78x | 9.49x | 16.77x | nm | nm | nm | nm | nm | nm | nm | nm |

| | Coeff. of Determination | p Value | Standard Deviation | Coeff. of Variation | Minimum | 1st Quartile | Harmonic Mean | Median | Mean | 3rd Quartile | Maximum |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Unadjusted** | | | | | | | | | | | |
| Revenues | na | na | 1.94 | 0.60 | 0.82x | 1.87x | 2.07x | 3.03x | 3.23x | 4.86x | 5.53x |
| EBITDA | na | na | 11.97 | 0.56 | 9.71x | 12.72x | 16.51x | 19.78x | 21.33x | 28.39x | 36.04x |
| EBIT | na | na | 72.79 | 1.26 | 12.78x | 16.27x | 23.41x | 25.82x | 57.58x | 67.13x | 165.89x |
| Net income | na | na | 14.09 | 0.39 | 20.51x | 27.02x | 30.97x | 33.54x | 36.25x | 44.12x | 54.71x |
| **Adjusted** | | | | | | | | | | | |
| Revenues | na | na | 1.43 | 0.79 | 0.80x | 0.82x | 1.20x | 1.08x | 1.80x | 2.36x | 4.29x |
| EBITDA | na | na | 3.62 | 0.53 | 3.88x | 4.08x | 5.62x | 6.05x | 6.88x | 8.84x | 11.55x |
| EBIT | na | na | 4.90 | 0.54 | 4.93x | 5.35x | 7.33x | 7.97x | 9.07x | 11.69x | 15.42x |
| Net income | na | na | 4.42 | 0.38 | 8.78x | 9.13x | 10.76x | 9.49x | 11.68x | 13.13x | 16.77x |

Notes:

(a)  Capital IQ
  1) Industry Classifications: Tea and Coffee Shops (Primary) OR Coffee And Tea (Primary)
  2) Geographic Locations: United States of America (Primary)
  3) Total Enterprise Value [Latest] ($USDmm, Historical rate): is greater than 0
  4) Market Capitalization [12/31/2021] ($USDmm, Historical rate): is greater than 0
  Further selection based on business description and the Capital IQ QuickComps function
(b)  Estimated: adjustments to net income multiples based on Cost of Capital Navigator, Duff and Phelps Risk Premium Report Study for the period 1/1/63 through 12/30/21; net income adjustment prorated to other parameters
(c)  Amounts may appear to be rounded due to formatting



*Exhibit 3.1*

*Value Calculation for*
*114,305 Common Units in Compass Coffee, LLC*
*as of December 31, 2021*

| | | | | | | |
|---|---|---|---|---|---|---|
| **Comparable Company Transactions Method** | | | | | | |
| **Summary** | | | | | | |

| | | Revenue | EBITDA | EBIT | Net Income | Total |
|---|---|---|---|---|---|---|
| Parameter | (a) | $14,835,705 | $1,543,807 | $1,250,686 | $797,430 | |
| Representative adjusted market multiple | (b) | 0.74x | 7.86x | 10.90x | 12.35x | |
| | | | | | | |
| Invested capital, financial control, non-marketable, PTE | | $10,991,178 | $12,128,123 | $13,627,577 | $9,850,588 | |
| Less: calculated invested debt before adjustment | (c) | (3,297,353) | (3,638,437) | (4,088,273) | (2,955,176) | |
| | | | | | | |
| Equity, financial control, non-marketable, PTE | | $7,693,824 | $8,489,686 | $9,539,304 | $6,895,412 | |
| Weight | (d) | 1 | 1 | 1 | 1 | |
| | | | | | | |
| Equity, financial control, non-marketable, PTE | | $7,693,824 | $8,489,686 | $9,539,304 | $6,895,412 | $32,618,226 |
| Sum of weights | | | | | | 4 |
| | | | | | | |
| Equity, financial control, non-marketable, PTE | | | | | | $8,154,556 |
| Less: adjustment for lack of control | | | | | | 0 (e) |
| | | | | | | |
| Equity, financial control, non-marketable, PTE | | | | | | 8,154,556 |
| Less: adjustment for lack of marketability | | | | | | 0 (e) |
| | | | | | | |
| Equity, financial control, non-marketable, PTE | | | | | | 8,154,556 |
| Add: calculated invested debt after adjustments | | | | | | 3,494,810 (c) |
| | | | | | | |
| Invested capital, financial control, non-marketable, PTE | | | | | | $11,649,366 |

| | | Revenue | EBITDA | EBIT | Net Income | |
|---|---|---|---|---|---|---|
| Unadjusted indication of invested capital value | | $11,649,366 | $11,649,366 | $11,649,366 | $11,649,366 | |
| Parameter | | $14,835,705 | $1,543,807 | $1,250,686 | $797,430 | |
| | | | | | | |
| Indicated value expressed as a multiple | | 0.79x | 7.55x | 9.31x | 14.61x | |
| | | | | | | |
| Minimum, adjusted | (b) | 0.06x | 0.42x | 0.42x | 0.42x | |
| 1st quartile, adjusted | (b) | 0.39x | 1.26x | 1.26x | 1.27x | |
| Harmonic mean, adjusted | (b) | 0.24x | 1.37x | 1.39x | 1.40x | |
| Median, adjusted | (b) | 0.54x | 3.35x | 3.43x | 3.43x | |
| Mean, adjusted | (b) | 0.62x | 6.55x | 9.08x | 10.29x | |
| 3rd quartile, adjusted | (b) | 0.71x | 8.02x | 12.27x | 13.80x | |
| Maximum, adjusted | (b) | 1.52x | 22.02x | 31.45x | 36.68x | |
| | | | | | | |
| Subject multiple compared to median | | Above | Above | Above | Above | |
| Subject multiple compared to interquartile range | | Above | Within | Within | Above | |
| Subject multiple compared to comparable range | | Within | Within | Within | Within | |

Notes:

(a)  Normalized revenues, EBITDA, EBIT and net income

| | Amount | Normalized % |
|---|---|---|
| Revenues | $14,835,705 (g) | |
| Less: norm'd opex excl D&A | (13,291,898) | |
| | | |
| Normalized EBITDA | 1,543,807 | 10.41% |
| Less: norm'd D&A | (293,121) | 1.98% (h) |
| | | |
| Normalized EBIT | 1,250,686 | 8.43% (h) |
| Less: interest | (165,305) (h) | |
| | | |
| Normalized EBT | 1,085,381 | |
| Less taxes | (287,952) | 26.53% (j) |
| | | |
| Normalized net income | $797,430 | |

(b)  Exhibit 4.1 - Company Company Transactions Method - MVIC Multiples

| | |
|---|---|
| Multiple adjustment | 20.00% above mean adjusted multiple |
(c)  Debt % 30.00% (k)
(d)  Estimated based on the deemed reliability of each multiple
(e)  Level of value adjustments (l)

| | |
|---|---|
| Adj for lack of control | 0.00% |
| Adj for lack of marketability | 0.00% |

(f)  Intentionally left blank
(g)  Exhibit 5.2 - Comparative Historical Financial Statements - Income Statement - Adjusted

(h)  Estimated based on adjusted historical results and industry data
(i)  Interest

| | |
|---|---|
| Invested capital, financial control, non-market | $11,649,366 |
| Debt % | 30.00% (k) |
| | |
| Optimal debt $ | $3,494,810 |
| Cost of debt | 4.73% (m) |
| | |
| Interest | $165,305 |

(j)  Estimated based on a current federal and
     typical 7% state corporate tax rate
(k)  Exhibit 2.1 - Discounted Cash Flow Method -
     Weighted Average Cost of Capital
(l)  Not applicable given that the comparable transactions
     involved financial control, non-marketable interests
(m)  Cost of debt

| | |
|---|---|
| Benchmark rate | 4.73% (n) |
| Adjustment | 0.00% (o) |
| | |
| Cost of debt | 4.73% |

(n)  All corporate 20 year BB continuously compounded yield per Capital IQ
(o)  Estimated based on historical and projected results
     and business conditions
(p)  TE = taxable entity; PTE = pass through entity
(q)  Amounts may appear to be rounded due to formatting

GSG

*Exhibit 4*

*Value Calculation for*
*114,305 Common Units in Compass Coffee, LLC*
*as of December 31, 2021*

| | Comparable Company Transactions Method | | | | | | | | | | |
| | MVIC Multiples | | | | | | | | | | |

| | Name Not Provided | Name Not Provided | Name Not Provided | Name Not Provided | Name Not Provided | Name Not Provided | Tucker's Super Cream Ice Cream | na | na | na | na |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Unadjusted (a)** | | | | | | | | | | | |
| Revenues | 0.51x | 0.89x | 0.51x | 0.26x | 0.06x | 0.44x | 0.76x | na | na | na | na |
| EBITDA | 3.85x | 12.85x | 2.54x | 0.80x | 0.42x | 6.27x | na | na | na | na | na |
| EBIT | 4.01x | 18.35x | 2.54x | 0.80x | 0.42x | 10.03x | na | na | na | na | na |
| Net income | 4.01x | 21.40x | 2.54x | 0.82x | 0.42x | 11.40x | na | na | na | na | na |
| **Adjusted** | | | | | | | | | | | |
| Revenues (b) | 0.54x | 1.52x | 0.52x | 0.26x | 0.06x | 0.66x | 0.77x | nm | nm | nm | nm |
| EBITDA (c) | 4.08x | 22.02x | 2.61x | 0.81x | 0.42x | 9.33x | nm | nm | nm | nm | nm |
| EBIT (d) | 4.25x | 31.45x | 2.61x | 0.81x | 0.42x | 14.94x | nm | nm | nm | nm | nm |
| Net income (e) | 4.25x | 36.68x | 2.61x | 0.82x | 0.42x | 16.98x | nm | nm | nm | nm | nm |

| | Coeff. of Determination | p Value | Standard Deviation | Coeff. of Variation | Minimum | 1st Quartile | Harmonic Mean | Median | Mean | 3rd Quartile | Maximum |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Unadjusted** | | | | | | | | | | | |
| Revenues | 0.14 | 0.59 | 0.28 | 0.58 | 0.06x | 0.35x | 0.23x | 0.51x | 0.49x | 0.63x | 0.89x |
| EBITDA | 0.25 | 0.68 | 4.64 | 1.04 | 0.42x | 1.24x | 1.32x | 3.19x | 4.45x | 5.66x | 12.85x |
| EBIT | 0.27 | 0.64 | 6.97 | 1.16 | 0.42x | 1.24x | 1.35x | 3.27x | 6.03x | 8.53x | 18.35x |
| Net income | 0.28 | 0.64 | 8.21 | 1.21 | 0.42x | 1.25x | 1.37x | 3.27x | 6.76x | 9.55x | 21.40x |
| **Adjusted** | | | | | | | | | | | |
| Revenues | na | na | 0.46 | 0.75 | 0.06x | 0.39x | 0.24x | 0.54x | 0.62x | 0.71x | 1.52x |
| EBITDA | na | na | 8.24 | 1.26 | 0.42x | 1.26x | 1.37x | 3.35x | 6.55x | 8.02x | 22.02x |
| EBIT | na | na | 12.19 | 1.34 | 0.42x | 1.26x | 1.39x | 3.43x | 9.08x | 12.27x | 31.45x |
| Net income | na | na | 14.31 | 1.39 | 0.42x | 1.27x | 1.40x | 3.43x | 10.29x | 13.80x | 36.68x |

Notes:

(a) DealStats
   NAICS was among 311920, 445291, 445292, 445299, 722515
   Sale Date was greater than 12/31/2016
   Net Sales was between $1,000,000 and $100,000,000
   Target Country is US
(b) Estimated: size adjustments to net income mutliples based on equations identified in the Cost of Capital Navigator, Duff and Phelps Risk Premium Report Study for the period 1/1/63 through 12/30/21: net income adjustment prorated to other parameters
   Multiples also adjusted to exclude presumed asset sale TABs, and for differences in i) tax regimes between transaction date and valuation date and ii) tax status (TE v PTE)
(c) Amounts may appear to be rounded due to formatting

*Exhibit 4.1*

*Value Calculation for*
*114,305 Common Units in Compass Coffee, LLC*
*as of December 31, 2021*

| | | | | | |
|---|---|---|---|---|---|
| **Comparative Historical Financial Statements - Reported Balance Sheet (a)** | | | | | |
| *as of December 31 unless noted* | | | | | |
| | 2017 | 2018 | 2019 | 2020 | 2021 |
| **Assets** | | | | | |
| Cash and equivalents | $45,970 | $887,118 | $616,645 | $1,195,924 | $2,710,857 |
| Accounts receivable | 247,576 | 363,703 | 426,361 | 143,527 | 135,970 |
| Inventory | 473,429 | 296,115 | 440,601 | 537,685 | 579,663 |
| Other current assets | 160,292 | 212,175 | 185,027 | 293,046 | 293,046 |
| Current assets | 927,267 | 1,759,111 | 1,668,635 | 2,170,182 | 3,719,536 |
| Gross fixed assets | 9,312,765 | 12,264,377 | 14,621,186 | 17,043,292 | 17,626,193 |
| Less: accumulated depreciation | (1,727,062) | (2,984,517) | (4,142,946) | (5,579,225) | (7,304,380) |
| Net fixed assets | 7,585,704 | 9,279,860 | 10,478,240 | 11,464,067 | 10,321,813 |
| Other assets | 122,600 | 119,643 | 104,297 | 76,752 | 52,193 |
| Nonoperating assets | 0 | 60,000 | 60,000 | 68,724 | 1,555,178 |
| Total non-current assets | 7,708,304 | 9,459,503 | 10,642,537 | 11,609,544 | 11,929,184 |
| **Total assets** | $8,635,571 | $11,218,613 | $12,311,171 | $13,779,726 | $15,648,720 |
| **Liabilities** | | | | | |
| Accounts payable | $978,594 | $1,745,606 | $903,544 | $1,809,120 | $1,590,721 |
| Other current liabilities | 464,710 | 448,410 | 579,624 | 822,429 | 1,418,520 |
| Line of credit | 0 | 0 | 0 | 0 | 0 |
| CPLTD | 0 | 0 | 0 | 0 | 0 |
| Current liabilities | 1,443,305 | 2,194,016 | 1,483,168 | 2,631,549 | 3,009,241 |
| LTDxCP | 0 | 1,175,000 | 4,906,917 | 5,031,714 | 4,773,812 |
| LTDRP | 8,797,912 | 6,477,590 | 5,809,139 | 4,451,088 | 2,487,471 |
| Other LTL | 216,148 | 782,364 | 2,175,991 | 2,487,650 | 2,959,477 |
| Non-current liabilities | 9,014,060 | 8,434,954 | 12,892,047 | 11,970,452 | 10,220,760 |
| Liabilities | 10,457,365 | 10,628,970 | 14,375,215 | 14,602,000 | 13,230,001 |
| Retained earnings | (1,821,794) | 589,643 | (2,064,043) | (822,274) | 2,418,720 |
| **Liabilities and equity** | $8,635,571 | $11,218,613 | $12,311,171 | $13,779,726 | $15,648,720 |

Notes:

(a)  Internal financial statements ([Balance Sheet Detail.xlsx]) unless noted
(d)  Invested debt

| | | | | | |
|---|---|---|---|---|---|
| Line of credit | $0 | $0 | $0 | $0 | $0 |
| CPLTD | 0 | 0 | 0 | 0 | 0 |
| LTDxCP | 0 | 1,175,000 | 4,906,917 | 5,031,714 | 4,773,812 |
| LTDRP | 8,797,912 | 6,477,590 | 5,809,139 | 4,451,088 | 2,487,471 |
| Other LTL | 216,148 | 782,364 | 2,175,991 | 2,487,650 | 2,959,477 |
| Invested debt | $9,014,060 | $8,434,954 | $12,892,047 | $11,970,452 | $10,220,760 |

(e)  Financing activities

| | | |
|---|---|---|
| Issuance of units for cash | | $2,200,000 |
| Conversion of convertible notes | | 2,106,800 |
| Conversion of accrued wages | | 208,390 |
| Issuance of unit awards | | 185,000 |
| Issuance of compensation units | | 50,000 |
| Conversion of debt | $5,581,284 | |
| Total | $5,581,284 | $4,750,190 |
| Capital contributed          (f) | $5,581,284 | $3,054,306 |

(f)  Per unit value of issued units

| | |
|---|---|
| Common compensation units issued | 2,041 |
| *per unit value* | *$24.50* |
| Common award units issued | 10,279 |
| *per unit value* | *$18.00* |
| Series A Preferred issued for cash | 80,612 |
| Cash | $1,975,000 |
| *per unit value* | *$24.50* |
| Common issued for cash | 12,499 |
| Cash | $225,000 |
| *per unit value* | *$18.00* |

(g)  Amounts may appear to be rounded due to formatting

GSG

*Exhibit 5.1*

*Value Calculation for*
*114,305 Common Units in Compass Coffee, LLC*
*as of December 31, 2021*

| Comparative Historical Financial Statements - Reported | | | | | |
|---|---|---|---|---|---|
| Income Statement (a) | | | | | |
| *for the 12 months ended December 31 unless noted* | | | | | |

| | | 2017 | 37.22%<br>2018 | 32.71%<br>2019 | (35.41%)<br>2020 | 2.67%<br>2021 |
|---|---|---|---|---|---|---|
| Revenue growth | | | | | | |
| | | | | | | |
| Revenue | (b) | $8,146,828 | $11,178,765 | $14,835,705 | $9,582,122 | $9,837,763 |
| Cost of sales excl D&A | | 3,069,180 | 4,061,925 | 5,109,479 | 3,014,158 | 2,968,797 |
| | | | | | | |
| Gross profit | | 5,077,648 | 7,116,840 | 9,726,225 | 6,567,964 | 6,868,966 |
| *Gross margin* | | *62.33%* | *63.66%* | *65.56%* | *68.54%* | *69.82%* |
| Opex excl D&A and officers' comp | (c) | 5,631,936 | 8,363,363 | 12,133,362 | 9,091,447 | 9,976,782 |
| Officers' comp | (d) | 5,094 | 5,223 | 3,514 | 308,084 | 0 |
| | | | | | | |
| EBITDA | | (559,382) | (1,251,746) | (2,410,651) | (2,831,567) | (3,107,817) |
| *EBITDA margin* | | *(6.87%)* | *(11.20%)* | *(16.25%)* | *(29.55%)* | *(31.59%)* |
| Depreciation and amortization | | 804,198 | 1,190,063 | 1,266,217 | 1,528,641 | 1,749,715 |
| | | | | | | |
| Operating income | | (1,363,580) | (2,441,810) | (3,676,868) | (4,360,207) | (4,857,532) |
| *Operating margin* | | *(16.74%)* | *(21.84%)* | *(24.78%)* | *(45.50%)* | *(49.38%)* |
| Interest (expense) | | (187,288) | (321,340) | (426,631) | (470,667) | (441,829) |
| Other income (expense) | | 52,585 | 4,691 | (111,828) | 1,322,761 | 4,865,697 |
| | | | | | | |
| Income before taxes | | (1,498,283) | (2,758,458) | (4,215,326) | (3,508,114) | (433,664) |
| Taxes (benefit) | | 0 | 0 | 0 | 0 | 0 |
| *Effective tax rate* | | *0.00%* | *0.00%* | *0.00%* | *0.00%* | *0.00%* |
| Net income | | ($1,498,283) | ($2,758,458) | ($4,215,326) | ($3,508,114) | ($433,664) |
| *Net margin* | | *(18.39%)* | *(24.68%)* | *(28.41%)* | *(36.61%)* | *(4.41%)* |

Notes:

(a)  Internal financial statements ([Income Statement Detail.xlsx]) unless noted
(b)  Revenues

| | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|
| Stores | $5,994,627 | $8,625,862 | $11,662,398 | $6,884,293 | $7,541,401 |
| Goods | 2,079,553 | 2,524,191 | 2,843,473 | 2,501,538 | 2,184,782 |
| Other | 72,648 | 28,711 | 329,833 | 196,291 | 111,579 |
| Revenues | $8,146,828 | $11,178,765 | $14,835,705 | $9,582,122 | $9,837,763 |

(c)  Opex excl D&A and officers' comp

| | 2017 | 2018 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|
| Operating expenses | $4,581,935 | $6,526,218 | $9,734,847 | $6,798,786 | $6,407,204 |
| General and administrative expenses | 1,055,095 | 1,842,368 | 2,402,029 | 2,600,745 | 3,569,578 |
| Less officers' comp | (5,094) | (5,223) | (3,514) | (308,084) | |
| Opex excl D&A and officers' comp | $5,631,936 | $8,363,363 | $12,133,362 | $9,091,447 | $9,976,782 |

(d)  Federal income tax return for respective year
(e)  Other income (expense)

| | 2020 |
|---|---|
| Other income | $1,330,550 |
| Gain (loss) on sale | (71,710) |
| Other income (expense) | $1,258,840 |

(f)  Amounts may appear to be rounded due to formatting



*Exhibit 5.2*

*Value Calculation for*
*114,305 Common Units in Compass Coffee, LLC*
*as of December 31, 2021*

## Assumptions and Limiting Conditions

This analysis was completed in accordance with the American Society of Appraisers Business Valuation Standards. These standards are substantively consistent with the business valuation standards of the National Association of Certified Valuation Analysts, the American Society of Appraisers, the Institute of Business Appraisers and the American Institute of Certified Public Accountants. This analysis is valid only when used for its intended use by its intended users and only when considered in its entirety, including all assumptions and limiting conditions by the intended users. It is not to be copied or made available in whole or in part to any other persons without the express written consent of Gorfine, Schiller & Gardyn, P.A. ("GSG").

GSG relied upon historical and prospective accounting, financial, economic and other information provided by the Company and other sources believed to be reliable. GSG has not audited, compiled or reviewed this information, and do not express an opinion or any form of assurance on it. This engagement cannot be relied on to disclose errors, fraud or other illegal acts that may exist. The effect of such issues, if they exist, could be material. Users of this report should be aware that the actual results achieved by the Company in the future may vary from those identified in this report, and the variations may be material. GSG relied upon the representations of the Company's management and other third parties concerning the ownership and value of the Company's assets as well as the Company's compliance with all applicable federal, state and local laws and regulations unless specifically stated to the contrary in this report.

Neither GSG or its employees have any present or contemplated financial interest in the Company. GSG's fees for this valuation are in no way contingent upon the results of its findings. Neither GSG nor the analyst purports to be a guarantor of the value of the subject interest identified in this report. GSG and the analyst have performed conceptually sound and commonly accepted methods and procedures of valuation in determining this value. Neither GSG nor its employees are required to make any appearances before any regulatory authority or administrative agency, nor shall they be required to give expert testimony before any court unless prior arrangements have been made with GSG and the individual regarding any such additional engagement.

This analysis contemplates facts and conditions existing as of the valuation date. Events and conditions occurring after that date have not been considered, and GSG has no obligation to update this analysis for such events and conditions. This analysis is not to be construed as tax, investment, legal, regulatory, accounting or other specialized technical advice. This analysis is further subject to any other contingencies, assumptions and limiting conditions set out elsewhere in this report.



*Exhibit 6*