UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HARRISON SUAREZ,<br><br>*Plaintiff*,<br><br>v.<br><br>COMPASS COFFEE LLC, *et al.*,<br><br>*Defendants*. | Civil Action No. 25 - 89 (SLS)<br><br>Judge Sparkle L. Sooknanan |

# ORDER

For the reasons stated in the Court's Memorandum Opinion, ECF No. 24, the Court **GRANTS in part** and **DENIES in part** the Defendants' Motion to Dismiss, ECF No. 11, **DENIES** the Defendants' Motion for Partial Summary Judgment, ECF No. 12, and **DENIES** the Defendants' Motion to Stay Discovery, ECF No. 13.

**SO ORDERED.**

_____
SPARKLE L. SOOKNANAN
United States District Judge

Date:   November 3, 2025