## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HARRISON SUAREZ<br><br>*Plaintiff,*<br><br>v.<br><br>COMPASS COFFEE LLC, MICHAEL HAFT, and ROBERT HAFT<br><br>*Defendants.* | Civil Action No. 1:25-cv-89-SLS |

### DEFENDANT COMPASS COFFEE LLC'S SUGGESTION OF BANKRUPTCY

**PLEASE TAKE NOTICE** that Defendant Compass Coffee LLC ("Compass") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Columbia today, January 6, 2026 (the "Bankruptcy Case"). The Bankruptcy Case is pending at Case No. 26-00005. Accordingly, Compass suggests to this Court that any proceedings herein against Compass are subject to the automatic stay imposed pursuant to 11 U.S.C. § 362(a).

Pursuant to the Court's December 17, 2025 Order, Plaintiffs and Defendants will meet, confer, and file a joint status report within seven days addressing how the Bankruptcy Case affects discovery and further proceedings in this case.

- 2 -

Dated: January 6, 2026                    Respectfully submitted,

        */s/ David L. Feinberg*
Michael C. Davis (D.C. Bar No. 485311)
David L. Feinberg (D.C. Bar No. 982635)
Theodore B. Randles (D.C. Bar No. 156339)
VENABLE LLP
600 Massachusetts Avenue, N.W.
Washington, DC 20001
Tel: (202) 344-4000
Fax: (202) 344-8300
mcdavis@venable.com
dlfeinberg@venable.com
tbrandles@venable.com

*Counsel for Defendants Compass Coffee LLC, Michael Haft, and Robert Haft*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of January 2026, Defendant Compass Coffee LLC's Suggestion of Bankruptcy was filed via the Court's CM/ECF system, which will send notice to all counsel of record in this case.

/s/ *David L. Feinberg*
David L. Feinberg