**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HARRISON SUAREZ<br><br>*Plaintiff,*<br><br>v.<br><br>COMPASS COFFEE LLC, MICHAEL HAFT, and ROBERT HAFT<br><br>*Defendants.* | Civil Action No. 1:25-cv-89-SLS |

**JOINT REPORT REGARDING COMPASS COFFEE LLC'S**
**BANKRUPTCY PETITION AND REQUEST FOR STAY**

Pursuant to the Court's Order dated December 17, 2025, Plaintiff Harrison Suarez ("Plaintiff") and Defendants Michael Haft and Robert Haft (together, the "Defendants") met and conferred on January 9, 2026 and hereby submit the following Joint Report addressing how Defendant Compass Coffee LLC's ("Compass's") bankruptcy petition affects discovery and further proceedings in this case.

1.      On January 6, 2026, Compass filed for Chapter 11 bankruptcy.  Compass announced its intention in the bankruptcy pleadings to sell substantially all of its assets through a sale in the bankruptcy case.  The purchase and sale would be conducted under the supervision of the bankruptcy court.  Compass expects to file in the bankruptcy case in the near future a proposed asset purchase agreement, together with proposed sale procedures.

2.      While these proceedings are automatically stayed as to Compass only, Plaintiff and Defendants anticipate that they will be intimately involved in the bankruptcy and believe that a brief stay of these proceedings is warranted to allow them to focus their attention on the bankruptcy.  The parties agree that a stay of two months is warranted, without prejudice to any party's right to seek termination of the stay if subsequent events render it unnecessary.

3.     Defendants believe the bankruptcy and potential sale of assets will have significant impacts on the claims at issue in this case, which they have communicated to Plaintiff.  Plaintiff and Defendants agree that they will be in a better position to evaluate those impacts, if any, when the bankruptcy case is further advanced and Plaintiff and Defendants have a better sense of its outcome.

4.     As a result, Plaintiff and Defendants jointly request that the Court, for good cause shown, enter an order (1) staying these proceedings and deferring all scheduling order deadlines by 60 days, and (2) requiring the parties to submit another joint report no later than seven days prior to the end of the stay reporting the parties' positions on: (a) whether a further stay is warranted, (b) if so, for how long, and (c) how the bankruptcy proceedings affect proceedings in this case.

Dated: January 13, 2026              Respectfully submitted,


_____/s/ Kathryn Ali_____
Kathryn Ali (D.C. Bar No. 994633)
Elizabeth Lockwood (D.C. Bar No. 1029746)
Meghan Palmer (D.C. Bar No. 1736144)
ALI & LOCKWOOD LLP
501 H Street NE, Suite 200
Washington, DC 20002
Tel: (202) 651-2476
katie.ali@alilockwood.com
liz.lockwood@alilockwood.com
meghan.palmer@alilockwood.com

*Counsel for Plaintiff Harrison Suarez*


_____/s/ David L. Feinberg_____
Michael C. Davis (D.C. Bar No. 485311)
David L. Feinberg (D.C. Bar No. 982635)
Theodore B. Randles (D.C. Bar No. 156339)
VENABLE LLP

2

600 Massachusetts Avenue, N.W.
Washington, DC 20001
Tel: (202) 344-4000
Fax: (202) 344-8300
mcdavis@venable.com
dlfeinberg@venable.com
tbrandles@venable.com

*Counsel for Defendants Compass Coffee LLC,
Michael Haft, and Robert Haft*