IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HARRISON SUAREZ<br><br>*Plaintiff,*<br><br>v.<br><br>COMPASS COFFEE LLC, MICHAEL HAFT, and ROBERT HAFT<br><br>*Defendants.* | Civil Action No. 1:25-cv-89-SLS |

**DEFENDANTS MICHAEL HAFT AND ROBERT HAFT'S
NOTICE OF WITHDRAWAL OF UNOPPOSED MOTION FOR CONTINUANCE**

On February 6, 2026, Defendants Michael Haft and Robert Haft (together, "Defendants") moved the Court (i) to continue the status conference currently set for February 18, 2026 to a date of the Court's choosing after March 16, 2026, and (ii) enter a corresponding 30-day extension of the stay of scheduling order deadlines. (ECF No. 37 at 1.) After filing, counsel for Defendants identified that the motion for continuance erroneously omitted alternative dates for the status conference, which are required by the Court's December 17, 2025 scheduling order. (ECF No. 32 at 4.) Accordingly, Defendants hereby withdraw the motion for continuance. Defendants intend to refile the motion with the required alternative dates.

Dated: February 6, 2026   Respectfully submitted,

    */s/ David L. Feinberg*
Michael C. Davis (D.C. Bar No. 485311)
David L. Feinberg (D.C. Bar No. 982635)
Theodore B. Randles (D.C. Bar No. 156339)
VENABLE LLP
600 Massachusetts Avenue, N.W.
Washington, DC 20001
Tel: (202) 344-4000
Fax: (202) 344-8300
mcdavis@venable.com
dlfeinberg@venable.com
tbrandles@venable.com

*Counsel for Defendants Michael Haft and Robert Haft*