**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| HARRISON SUAREZ<br><br>*Plaintiff,*<br><br>v.<br><br>COMPASS COFFEE LLC, MICHAEL HAFT, and ROBERT HAFT<br><br>*Defendants.* | Civil Action No. 1:25-cv-89-SLS |

**JOINT STATUS REPORT AND REQUEST FOR EXTENSION OF DEADLINES**

Plaintiff Harrison Suarez and Defendants Michael Haft and Robert Haft submit this status report regarding their mediation efforts and jointly request an extension of the current stay until such time as the Parties' conduct their mediation session scheduled for May 6, 2026.

1.      At the Parties' request, by minute entry entered on March 17, 2026, the Court referred the Parties to the Circuit Executive Mediation Program to explore potential resolution of their disputes.  The Court stayed the case until April 20 and ordered the Parties to submit a status report no later than April 16 "updating the Court on the status of settlement discussions and whether a further stay of deadlines is warranted to permit the Parties to resolve this case."

2.      Since that time, the Parties have worked diligently to schedule the agreed-upon mediation.  On March 24, the Parties were informed that Stephen Leckar and Heather Croft would act as co-mediators.  The mediators asked the Parties to submit mediation statements no later than April 10 and asked for availability to conduct individual caucuses and an in-person mediation. The first date on which the Parties, mediators, and counsel were all available was May 6.  The Parties agreed to conduct the mediation on that date.

3.      Despite the Parties' desire to conduct the mediation as early as possible, they will be unable to conduct the mediation prior to the Court's status report deadline and expiration of the current stay.  As a result, the Parties submit that there is good cause for a brief extension of these deadlines to conserve judicial and party resources and provide the Parties an opportunity to explore the possibility of resolving this matter before the expiration of the stay forces them to resume discovery.

WHEREFORE, the Parties respectfully request that the Court extend the stay in this case until May 8, 2026 and order the Parties to submit a status report on the status of settlement discussions no later than May 11, 2026.

Dated: April 9, 2026                              Respectfully submitted,


_/s/ Kathryn Ali_
Kathryn Ali (D.C. Bar No. 994633)
Elizabeth Lockwood (D.C. Bar No. 1029746)
Meghan Palmer (D.C. Bar No. 1736144)
ALI & LOCKWOOD LLP
501 H Street NE, Suite 200
Washington, DC 20002
Tel: (202) 651-2476
katie.ali@alilockwood.com
liz.lockwood@alilockwood.com
meghan.palmer@alilockwood.com

*Counsel for Plaintiff Harrison Suarez*

_/s/ David L. Feinberg_
Michael C. Davis (D.C. Bar No. 485311)
David L. Feinberg (D.C. Bar No. 982635)
Theodore B. Randles (D.C. Bar No. 156339)
VENABLE LLP
600 Massachusetts Avenue, N.W.
Washington, DC 20001
Tel: (202) 344-4000
Fax: (202) 344-8300
mcdavis@venable.com
dlfeinberg@venable.com

tbrandles@venable.com

*Counsel for Defendants Compass Coffee LLC,
Michael Haft, and Robert Haft*

3