**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| HARRISON SUAREZ<br><br>*Plaintiff,*<br><br>v.<br><br>COMPASS COFFEE LLC, MICHAEL HAFT, and ROBERT HAFT<br><br>*Defendants.* | Civil Action No. 1:25-cv-89-SLS |

**JOINT STATUS REPORT AND REQUEST FOR EXTENSION OF DEADLINES**

Plaintiff Harrison Suarez and Defendants Michael Haft and Robert Haft submit this status report pursuant to the Court's April 9, 2026 Minute Order and jointly request an extension of the current stay, per the mediators' recommendation to postpone mediation until the Parties have exchanged information the mediators believe may aid negotiations, and thereafter to schedule and conduct their mediation.

1.      On April 9, 2026, the Court extended the stay of all deadlines until May 14, 2026 and ordered the Parties to submit a joint status report by May 11, 2026 regarding the status of settlement discussions and whether a further stay is warranted.

2.      The Parties previously scheduled a mediation session for May 6, 2026 through the Circuit Executive Mediation Program.  On April 10, 2026, the Parties exchanged mediation statements.  The Parties caucused individually with the mediators.  Following those conversations, the mediators recommended that the mediation be postponed to permit the Parties to exchange additional information.

3.      The Parties agreed with the mediators' recommendation to postpone the mediation. The Parties have already provided the mediators with certain information, and are assembling

additional information per the mediators' request.  The Parties intend to meet again with the mediators and will work to reschedule their mediation with the mediators' input.

4.      In light of the foregoing, and in light of the Parties' busy schedules, which includes significant litigation deadlines and depositions in other matters, the Parties submit that there is good cause to extend the present stay for a period of 60 days, which is intended to permit the exchange of information, confer further with the mediators, and to hold mediation, which may require multiple sessions.

WHEREFORE, the Parties respectfully request that the Court extend the stay in this case from the present deadline of May 14, 2026 until July 13, 2026 and order the Parties to submit a status report on the status of settlement discussions no later than July 10, 2026.

Dated: May 8, 2026                          Respectfully submitted,


            */s/ Kathryn Ali*
            Kathryn Ali (D.C. Bar No. 994633)
            Elizabeth Lockwood (D.C. Bar No. 1029746)
            Meghan Palmer (D.C. Bar No. 1736144)
            ALI & LOCKWOOD LLP
            501 H Street NE, Suite 200
            Washington, DC 20002
            Tel: (202) 651-2476
            katie.ali@alilockwood.com
            liz.lockwood@alilockwood.com
            meghan.palmer@alilockwood.com

            *Counsel for Plaintiff Harrison Suarez*

            */s/ David L. Feinberg*
            Michael C. Davis (D.C. Bar No. 485311)
            David L. Feinberg (D.C. Bar No. 982635)
            Theodore B. Randles (D.C. Bar No. 156339)
            VENABLE LLP
            600 Massachusetts Avenue, N.W.
            Washington, DC 20001
            Tel: (202) 344-4000
            Fax: (202) 344-8300

2

mcdavis@venable.com
dlfeinberg@venable.com
tbrandles@venable.com

*Counsel for Defendants Compass Coffee LLC,
Michael Haft, and Robert Haft*