**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HARRISON SUAREZ<br><br>*Plaintiff,*<br><br>v.<br><br>COMPASS COFFEE LLC, MICHAEL HAFT, and ROBERT HAFT<br><br>*Defendants.* | Civil Action No. 1:25-cv-89-SLS |

**FURTHER JOINT STATUS REPORT AND
REQUEST FOR EXTENSION OF DEADLINES**

Plaintiff Harrison Suarez and Defendants Michael Haft and Robert Haft submit this further joint status report pursuant to the Court's May 8, 2026 Minute Order.

1.      The Parties submitted a joint status report on May 8, 2026 explaining that the mediation scheduled for May 6, 2026 was continued, upon the mediators' recommendation, to permit the Parties to exchange additional information.

2.      On May 8, 2026, the Court ordered the Parties to provide a further status report detailing when the Parties' plans to exchange additional information and schedule another mediation session.

3.      Without publicly revealing information shielded by the confidentiality afforded to mediations, the mediators have suggested that the Parties exchange two types of information.

4.      Defendants intend to provide the first type of information no later than May 15, 2026.

5.      The second type of information relates to an exercise to value one of Plaintiff's claims by a neutral, mediator-appointed third party for settlement purposes only.  Although the Parties and the mediators have not yet finalized an agreement on this point (*e.g.*, which, if any,

third party will be hired and who will pay for the third party's work), based on the mediators and Parties' discussions with potential third parties, this process could be completed roughly five weeks from the time the third party is engaged.

6.      The Parties intend to reschedule mediation promptly following completion of the third party's work, to a date no later than July 10, 2026.  If the Parties decide not to engage a third party, this deadline may be shortened.

7.      In addition, the Parties note that they have already engaged in several lengthy discussions with the mediators to-date, both separately by party and together as a group, including on April 22, April 24, April 29, and May 8.  These discussions have addressed both process and substance, and the goal of each has been to ensure that the ultimate plenary mediation session is as productive and efficient as possible.

8.      In light of the foregoing, the Parties submit that there is good cause to extend the present stay for a period of 60 days, which is intended to permit the exchange of information, confer further with the mediators, and to conduct their contemplated mediation.

WHEREFORE, the Parties respectfully request that the Court extend the stay in this case from the present deadline of May 14, 2026 until July 13, 2026 and order the Parties to submit a status report on the status of settlement discussions no later than July 10, 2026.

Dated: May 11, 2026

Respectfully submitted,

_____/s/ Kathryn Ali_____
Kathryn Ali (D.C. Bar No. 994633)
Elizabeth Lockwood (D.C. Bar No. 1029746)
Meghan Palmer (D.C. Bar No. 1736144)
ALI & LOCKWOOD LLP
501 H Street NE, Suite 200
Washington, DC 20002
Tel: (202) 651-2476
katie.ali@alilockwood.com
liz.lockwood@alilockwood.com
meghan.palmer@alilockwood.com

*Counsel for Plaintiff Harrison Suarez*

_____/s/ David L. Feinberg_____
Michael C. Davis (D.C. Bar No. 485311)
David L. Feinberg (D.C. Bar No. 982635)
Theodore B. Randles (D.C. Bar No. 156339)
VENABLE LLP
600 Massachusetts Avenue, N.W.
Washington, DC 20001
Tel: (202) 344-4000
Fax: (202) 344-8300
mcdavis@venable.com
dlfeinberg@venable.com
tbrandles@venable.com

*Counsel for Defendants Compass Coffee LLC,
Michael Haft, and Robert Haft*

3