**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| HARRISON SUAREZ<br><br>*Plaintiff,*<br><br>v.<br><br>COMPASS COFFEE LLC, MICHAEL HAFT, and ROBERT HAFT<br><br>*Defendants.* | Civil Action No. 1:25-cv-89-SLS |

**JOINT STATUS REPORT**

Pursuant to the Court's May 12, 2026 Minute Order, Plaintiff Harrison Suarez and Defendants Michael Haft and Robert Haft submit this Joint Status Report to update the Court on the Parties' settlement discussions and to propose a revised schedule for resumption of this case.

1.      After many telephone and zoom conversations among the parties and the Court-appointed mediators, and the exchange of many pre-mediation emails, the Parties participated in an in-person mediation with the Court-appointed mediators on June 22, 2026, and have continued to discuss potential resolution by email since that date.  Unfortunately, the Parties have not been able to reach a settlement.

2.      The Parties understand that, pursuant to the Court's May 12, 2026 Minute Order, the stay will be lifted and discovery will resume in parallel with any continuing settlement discussions.  For the avoidance of doubt and for good cause shown, the Parties request that the Court enter the proposed scheduling order attached hereto as **Exhibit A**, which (1) accounts for the period the case was stayed per the Court's Minute Orders entered on January 14, 2026, February 10, 2026, March 17, 2026, April 9, 2026, and May 12, 2026 and (2) includes minor

adjustments to deadlines to account for weekends and end-of-year holidays.  If the Court agrees, the revised case deadlines would be as follows:

| | |
|---|---|
| Motion to Add Parties or Amend Pleadings | July 20, 2026 |
| Proponent's Rule 26(a) Statements | August 18, 2026 |
| Opponent's Rule 26(a) Statements | September 15, 2026 |
| Deadline for Post-Rule 26(a) Discovery Requests | September 22, 2026 |
| Close of Discovery | October 27, 2026 |
| Defendants File Any Motion for Summary Judgment | December 7, 2026 |
| Plaintiff Files Opposition Combined with Any Cross-Motion for Summary Judgment | January 7, 2027 |
| Defendants File Reply Combined with Opposition to Any Cross-Motion by Plaintiff | January 21, 2027 |
| Plaintiff's Reply | February 4, 2027 |

Dated: July 10, 2026                    Respectfully submitted,


                                        _____/s/ Kathryn Ali_____
                                        Kathryn Ali (D.C. Bar No. 994633)
                                        Elizabeth Lockwood (D.C. Bar No. 1029746)
                                        Meghan Palmer (D.C. Bar No. 1736144)
                                        ALI & LOCKWOOD LLP
                                        501 H Street NE, Suite 200
                                        Washington, DC 20002
                                        Tel: (202) 651-2476
                                        katie.ali@alilockwood.com
                                        liz.lockwood@alilockwood.com
                                        meghan.palmer@alilockwood.com

*Counsel for Plaintiff Harrison Suarez*

_/s/ David L. Feinberg_
Michael C. Davis (D.C. Bar No. 485311)
David L. Feinberg (D.C. Bar No. 982635)
Theodore B. Randles (D.C. Bar No. 156339)
VENABLE LLP
600 Massachusetts Avenue, N.W.
Washington, DC 20001
Tel: (202) 344-4000
Fax: (202) 344-8300
mcdavis@venable.com
dlfeinberg@venable.com
tbrandles@venable.com

*Counsel for Defendants Compass Coffee LLC,
Michael Haft, and Robert Haft*

3