# Exhibit A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| HARRISON SUAREZ<br><br>*Plaintiff,*<br><br>v.<br><br>COMPASS COFFEE LLC, MICHAEL HAFT, and ROBERT HAFT<br><br>*Defendants.* | Civil Action No. 1:25-cv-89-SLS |

**[PROPOSED] SCHEDULING ORDER**

Having considered the Parties' Joint Status Report filed on July 10, 2026, it is hereby

**ORDERED** that the Parties shall adhere to the following deadlines:

| | |
|---|---|
| Motion to Add Parties or Amend Pleadings | July 20, 2026 |
| Proponent's Rule 26(a) Statements | August 18, 2026 |
| Opponent's Rule 26(a) Statements | September 15, 2026 |
| Deadline for Post-Rule 26(a) Discovery Requests | September 22, 2026 |
| Close of Discovery | October 27, 2026 |
| Defendants File Any Motion for Summary Judgment | December 7, 2026 |
| Plaintiff Files Opposition Combined with Any Cross-Motion for Summary Judgment | January 7, 2027 |
| Defendants File Reply Combined with Opposition to Any Cross-Motion by Plaintiff | January 21, 2027 |
| Plaintiff's Reply | February 4, 2027 |

The Court will set further deadlines after it rules on any motions for summary judgment filed by the Parties. The Parties may not extend deadlines by stipulation. They must seek extensions by motion.

**IT IS SO ORDERED.**

Dated: _____, 2026

_____
SPARKLE L. SOOKNANAN
United States District Judge

Notice to:    Kathryn Ali (D.C. Bar No. 994633)
Elizabeth Lockwood (D.C. Bar No. 1029746)
Meghan Palmer (D.C. Bar No. 1736144)
ALI & LOCKWOOD LLP
501 H Street NE, Suite 200
Washington, DC 20002
Tel: (202) 651-2475
katie.ali@alilockwood.com
liz.lockwood@alilockwood.com
meghan.palmer@alilockwood.com

*Counsel for Plaintiff Harrison Suarez*

Michael C. Davis (D.C. Bar No. 485311)
David L. Feinberg (D.C. Bar No. 982635)
Theodore B. Randles (D.C. Bar No. 156339)
VENABLE LLP
600 Massachusetts Avenue, N.W.
Washington, DC 20001
Tel: (202) 344-4000
Fax: (202) 344-8300
mcdavis@venable.com
dlfeinberg@venable.com
tbrandles@venable.com

*Counsel for Defendants Compass Coffee LLC,*
*Michael Haft, and Robert Haft*