**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| HARRISON SUAREZ, | |
| *Plaintiff,* | Civil Action No. 25‑89 (SLS) |
| v. | Judge Sparkle L. Sooknanan |
| COMPASS COFFEE LLC, *et al.,* | |
| *Defendants.* | |

## ORDER

In light of the Parties' Joint Status Report, ECF No. 46, the Court lifts the stay of this matter

and orders the Parties to proceed with discovery according to the following revised schedule:

| | |
|---|---|
| Motions to Add Parties or Amend Pleadings | July 20, 2026 |
| Proponent's Rule 26(a) Statements | August 11, 2026 |
| Opponent's Rule 26(a) Statements | September 8, 2026 |
| Deadline for Post-Rule 26(a) Discovery Requests | September 15, 2026 |
| Close of Discovery | October 13, 2026 |
| Defendants File Any Motion for Summary Judgment | November 24, 2026 |
| Plaintiff Files Opposition Combined with Any Cross-Motion for Summary Judgment | December 22, 2026 |
| Defendants File Reply Combined with Opposition to Any Cross-Motion by Plaintiff | January 5, 2027 |
| Plaintiff Files Reply | January 19, 2027 |

The Court will set further deadlines after it rules on any motions for summary judgment

filed by the Parties. The Parties may not extend deadlines by stipulation. They must seek

extensions by motion.

The Court refers the Parties to its earlier scheduling order, ECF No. 32, for additional information about discovery including the Court's expectations and processes related to resolving discovery disputes and requesting any continuances, extensions, or enlargements to the schedule outlined above.

**SO ORDERED.**

_____
SPARKLE L. SOOKNANAN
United States District Judge

Date:   July 13, 2026