**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**PROBATE DIVISION**

**In re Estate of Niko Estep, Jr., Deceased (Age 14)**
**Estate No. 2026-ADM-000574**

**MOTION FOR EXTENSION OF TIME TO PUBLISH NOTICE OF APPOINTMENT &**
**<u>FILE VERIFICATION OF PUBLICATION</u>**

The Personal Representative, by counsel, respectfully requests that the Court grant her an extension of time to publish the notice and to file the required Verification of Publication. In support of this request, Personal Representative states as follows:

1.     This estate was opened on or about May 14, 2026 for the administration of the Estate of Niko Estep, Jr.

2.     Pursuant to the Court's Notice of Appointment, Notice to Creditors, and Notice to Unknown Heirs, publication of the notice is required in two designated publications, with verification of publication thereafter to be filed with the Court.

3.     The current deadline for filing the verification of publication is August 18, 2026.

4.     The Estate timely undertook the publication process. One of the designated publications, the Daily Washington Law Reporter, timely published the notice and provided the verification.

5.     However, the second designated publication, the Washington Afro-American, indicated that it never received the notice and therefore did not publish it as required.

6.     Counsel became aware of the issue only after following up regarding the publication status. Immediately upon learning that the notice had not been received, counsel took steps to arrange for publication. On July 22, 2026, a representative of the Washington Afro

American indicated by email that she would run the notice on July 31, August 7, and August 14, which would have accomplished publication by the August 18 deadline.

7.    On August 3, undersigned counsel followed up to ensure that the first notice was in fact published on July 31. The contact at the Afro American apologized and said they had inadvertently failed to run the notice on July 31, and that the soonest the notice could be published was August 7, 14, and 21.

8.    Accordingly, it is no longer possible to complete the required publication and obtain the publisher's verification before the current August 18, 2026 deadline.

9.    Undersigned counsel for the Estate spoke with the Probate Clerk's Office on August 4 and 5, 2026, who indicated that Personal Representative should re-file the Notice of Appointment, initiate publication of the Notice again in both publications, and seek an extension of the publication deadline.

10.    Personal Representative has separately re-filed the Notice of Appointment.

11.    Personal Representative has acted diligently throughout these proceedings, and the need for an extension is the result of circumstances outside of her control.

12.    No party or heir will be prejudiced by a brief extension. Granting the requested extension will merely permit completion of the publication process contemplated by the Probate Rules.

WHEREFORE, Personal Representative respectfully requests that the Court extend the deadline for filing the Verification of Publication by **sixty (60) days**, or until such other date as the Court deems appropriate, and grant such other and further relief as the Court considers just and proper.

Respectfully submitted,

DATED: August 10, 2026

Respectfully submitted,

/s/ *Kathryn Ali*

Kathryn Ali (D.C. Bar No. 994633)
ALI & LOCKWOOD LLP
501 H Street NE, Suite 200
Washington, D.C. 20002
(202) 651-2475
katie.ali@alilockwood.com